[No. 71843-6-I. Division One. July 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN MICHAEL OLHAVA, *Appellant*.

 *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Leach, JJ.

[No. 71852-5-I. Division One. July 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK JOSEPH NELSON, *Appellant*.

*Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Lau, J.

[No. 71894-1-I. Division One. July 20, 2015.]

FRANKLIN R. LACY, *Appellant*, v. RICHARD RASMUSSEN ET AL., *Respondents*.

 *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Dwyer and Lau, JJ.

[No. 71915-7-I. Division One. July 20, 2015.]

*In the Matter of the Marriage of* SANDRA LEE NORRIS, *Respondent*, and BRETT ALAN NORRIS, *Appellant*.

 *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Becker, J.